# EXHIBIT B

The History of the Rubik's Cube | Rubik's Official Website



**Rubik's Speed Cube**

Take a look at our Speed Cube shop and choose your model today!

Buy Now (/store/speed-cube/new-rubiks-speed-cube)

**The History of the Rubik's Cube**

The Rubik's Cube has been tantalising and enchanting people for over 40 years. It was created in 1974 and is the world's best-selling toy ever!



**The creation of The Rubik's Cube…**

Ernő Rubik, a professor from Budapest In Hungary, wanted to help his students understand three-dimensional problems. His solution? The Rubik's Cube!

His solid cube did things that the world hadn't seen before. It twisted and turned yet it didn't break. Adding 54 colourful stickers to the six sides gave this amazing puzzle its iconic look. When Ernő Rubik built his first Cube, it took him over a month to solve it.

At that time, he didn't know that his "Magic Cube" – "Buvos Kocka" in Hungarian - would take the world by storm.

Speedcubing Timeline (/speed-cubing/speed-cubing-timeline)

**Worldwide recognition…**

The "Magic Cube" became more and more popular in Hungary during the late 1970s. Ernő Rubik realised the potential of his invention. But – in communist Hungary in the 1970s, imports and exports were tightly controlled. The answer? Toy fairs!

Its global impact began in 1980 at toy fairs and conferences in London, New York, Paris and Nuremberg. Enthusiastic mathematicians gave the "Magic Cube" its first global stage. Toy specialist Tom Kremer was at the Nuremberg Toy Fair in 1979. He saw the power and potential of the Cube and wanted to sell it to the rest of the world.



Case 1:18-cv-00963-JPO   Document 21-2   Filed 05/11/18   Page 3 of 10
Case 1:18-cv-00963   Document 1-40   Filed 02/02/18   Page 3 of 10
The History of the Rubik's Cube | Rubik's Official Website
Page 2 of 4



**Tom Kremer**

Tom Kremer's passion and belief in the Cube convinced the Ideal Toy Company to distribute the "Magic Cube".

They wanted one important change... a new name! The Rubik's Cube's global launch was in 1980. The newer Cubes were half the weight of the earlier models. Solve times became much faster!

Between 1980 and 1982 an estimated 100 million cubes were sold worldwide. Global domination had begun!

Speedcubing (/speed-cubing)

**The Rubik's Cube's Impact...**

Since its international launch in 1980, an estimated 400 million Rubik's Cubes have been sold.

An amazing one in seven people have played with this fascinating and frustrating puzzle. You'll spot The Rubik's Cube in films, television programmes and adverts. It's instantly recognisable!





"

If you are curious, you'll find the puzzles around you. If you are determined, you will solve them.

Competitions (/speed-cubing)

Case 1:18-cv-00963-JEO   Document 21-2   Filed 05/11/18   Page 4 of 10
Case 1:18-cv-00963   Document 1-19   Filed 02/02/18   Page 4 of 10
The History of the Rubik's Cube | Rubik's Official Website                    Page 3 of 4

**Scrambled**

When you look at a scrambled Cube, you know what you need to do. But – without instruction, it's almost impossible to solve!

 (Hint: you can use our Solve It guides.) Once you've solved The Rubik's Cube, your next challenge awaits… speedcubing! To achieve your fastest solve time, take a look at our new Rubik's Speed Cube – it's the ultimate speed cube.

There's a large community of cubers that share tips and gather for events. Get involved!



**Buy yours now**

Select your puzzle



(/store/puzzles/rubiks-2x2)

**Rubik's 2x2**

$US7.99

More Info (/store/puzzles/rubiks-2x2)



(/store/puzzles/new-rubiks-3x3-cube)

Case 1:18-cv-00963-JEO   Document 21-2   Filed 05/11/18   Page 5 of 10
Case 1:18-cv-00963   Document 1-10   Filed 02/02/18   Page 5 of 10

The History of the Rubik's Cube | Rubik's Official Website                     Page 4 of 4

**New Rubik's 3x3 Cube**

$US9.99

More Info (/store/puzzles/new-rubiks-3x3-cube)



(/store/puzzles/new-rubiks-4x4-cube)

**New Rubik's 4x4 Cube**

$US19.99

More Info (/store/puzzles/new-rubiks-4x4-cube)

Case 1:18-cv-00963-JPO   Document 21-2   Filed 05/11/18   Page 6 of 10
Case 1:18-cv-00963   Document 1-10   Filed 02/02/18   Page 6 of 20



**Rubik's Speed Cube**

Take a look at our Speed Cube shop and choose your model today!

Buy Now (/store/speed-cube/new-rubiks-speed-cube)

**Speedcubing Timeline**

After the invention of the Rubik's Cube in 1974 by a Hungarian professor named Ernő Rubik, the Cube took off and gained a worldwide following.

1974



Rubik's Cube invented by Hungarian Professor Erno Rubik

1980



David Singmaster publishes the first layer by layer method

1982



The first Rubik's Cube World Championship in Budapest

1997

Case 1:18-cv-00963-JPO   Document 20-2   Filed 05/11/18   Page 7 of 10
Case 1:18-cv-00963   Document 1-10   Filed 02/02/18   Page 7 of 10



Jessica Fridrich's solving method published online

2003



World Championship resumes. Dan Knight wins with a time of 20.00 second

2005



Jean Pons wins in Lake Buena Vista with a time of 15.10 seconds

2007



Yu Nakajima wins The World Championship in Budapest with a time of 12.46 seconds

2007



Thibaut Jacquinot claims the first sub-10 second solve at the Spanish Open

2009



Breandan Vallance wins in Dusseldorf with a time of 10.74 seconds

2011



Michal Pleskowicz wins in Bangkok with a time of 8.65 seconds

2013

Case 1:18-cv-00963-JBO Document 21-2 Filed 05/11/18 Page 8 of 10
Case 1:18-cv-00963 Document 1-10 Filed 02/02/18 Page 8 of 20
Rubik's Speedcubing Timeline | Rubik's Official Website

Page 3 of 5



Feliks Zemdegs wins in Las Vegas with a time of 8.18 seconds

2015



Feliks Zemdegs wins again at São Paulo with an average time of 7.56

2015



Two World Records in one day, by two different people, at two different competitions. Collin Burns (5.21 seconds) & Keaton Ellis (5.09 seconds)

2015



Lucas Etter storms to take the crown with a 4.90 second solve

2016



Mats Valk breaks new boundaries with a 4.74 second solve

2016



Feliks Zemdegs secures a 4.73 second solve

2017



Ernő Rubik launches the Rubik's Cube Speedsolving Association (RCSA) to support the phenomenon of speedcubing

2017

Case 1:18-cv-00963-JBO Document 21-2 Filed 05/11/18 Page 9 of 10
Case 1:18-cv-00963 Document 10-2 Filed 02/02/18 Page 9 of 20
Rubik's Speedcubing Timeline | Rubik's Official Website
Page 4 of 5



Max Park wins the World Championship competition in Paris

2017



Patrick Ponce makes World Record history with a 4.69 solve at Rally in the Valley!

2017



Seung Beom Cho steals the title from Patrick with a mind-blowing time of 4.59 seconds!

2017



Feliks Zemdegs ties with Seung Beom Cho's time of 4.59 seconds. Wowzers!



Case 1:18-cv-00063-JPO   Document 21-2   Filed 05/11/18   Page 10 of 10
Case 1:18-cv-00063   Document 1-10   Filed 02/02/18   Page 10 of 10
Rubik's Speedcubing Timeline | Rubik's Official Website                                              Page 5 of 5

**The Best Speed Cube Yet?**

Speedcubing needs quick fingers and an even faster brain. Plus, of course, the right tools.

Speedcubes are different to regular Rubik's cubes. They look the same – but a speed cube is lighter and easier to turn, making it faster to use. If you want to solve the Rubik's Cube in your fastest possible time, then a speed cube is for you. It'll take you to the next level of speedcubing – and introduce you to a new dimension of fun!

Check out the latest Speedcubes (/store/speed-cube/new-rubiks-speed-cube)