# EXHIBIT C


























scroll left

scroll right

**New Rubik's Speed Cube (RSC)**

**Buy Now**

$US18.99

| 1 | Add to basket

— Adding
added

**New Rubik's Speed Cube (RSC)**

Do you enjoy speedcubing? Are you a competitive speedcuber? Try the fastest speed cube available to achieve amazing solve times. We think you'll love it!

The best brains at Rubik's and Gan teamed up in 2016. Their mission? To develop the ultimate speed cube. Fast forward to July 2017… Rubik's Speed Cube is launched! It's superfast with a sleek look and smooth touch. Best of all, it turns at a racing pace under your complete control.

This is the fastest speed cube we've ever created. It emerged from the knowledge, expertise and spirit of two great speedcubing powerhouses: Rubik's and Gan. We think you'll agree – the result is a mind-blowing speed cube. Give it a go!

**World-class speedcuber Kevin Gerhardt says:**

"The key feature of this product is its feeling. I have never felt a cube that feels similar to the RSC… Unlike the older Rubik's cubes the RSC can actually keep up with the newest speedcubes. If you take your time and set it up properly the cube will turn almost flawlessly. If you like the feel it can actually replace your main."

**Product Features**



Ultra smooth, polished, anti-scratch surfaces



Top level corner cutting performance



Strong & stable core for faster solves



**Strong Clip Design**

The design & strength of the clips ensure your Rubik's Speed Cube resists impact & cracks



**Colourful Clips**

The colourful clips in the Rubik's Speed Cube look great and offer long-lasting performance



**Seamless Design**

Ultra smooth, anti-scratch surfaces mean that you don't need a cube-protect bag anymore



**Anti-pop Design**

No more pops in your competitions, thanks to the extra strong triple-cross-feet design



**Strong Core**

The Rubik's Speed Cube is made with Ganscores, so they are strong, stable & beautiful to turn



**Lubricating Tracks**

The lubricating tracks make your speed cube turn faster – and last longer



**GES Elastic System**

Fine-tune your Rubik's Speed Cube to exactly how you want it, thanks to its GES system



**Frosted Surfaces**

No more finger scratches! The cube's surface tiles have circular beads & quality polish



**Introduction to the RSC**

Coming soon. Watch this space!

**Downloads**

 (/uploads/general_content/Rubiks_cube_3x3_solution-en.pdf)

**3x3 Solving Guide**

(/uploads/general_content/Rubiks_cube_3x3_solution-en.pdf) 3x3 Solving Guide

**Items from our shop**

These are some other items that you might be interested in.



**Rubik's 2x2**

Do you enjoy speedcubing? Are you a competitive speedcuber? Try the fastest speed cube available to achieve amazing solve times....

$US7.99
View



**New Rubik's 4x4 Cube**

Do you enjoy speedcubing? Are you a competitive speedcuber? Try the fastest speed cube available to achieve amazing solve times....

$US19.99
View



**Rubik's 5x5**

Do you enjoy speedcubing? Are you a competitive speedcuber? Try the fastest speed cube available to achieve amazing solve times....

$US24.99
View