# EXHIBIT D



### How to solve the 3x3 Rubik's cube?

**It took Ernő Rubik one whole month to learn how to solve his first Rubik's cube. We have created a series of beginner solution guides with handy tips and tricks to get your Rubik's Cube solved in no time at all.**

It took Ernő Rubik one whole month to learn how to solve his first Rubik's cube. We have created a series of beginner solution guides with handy tips and tricks to get your Rubik's Cube solved in no time at all.

#### Video Guide

**This six step guide provides you with everything you need to know when it comes to solving the Rubik's Cube.**

We recommend you repeat each stage a number of times to get familiar with the process. Feel free to pause and replay as much as you feel necessary. Once you've nailed it, move onto the next stage.

We find that using both the video and PDF solution guides together is a really helpful tip. Click here to scroll down to the PDF guide.



#### Get to know your Rubik's Cube

This video provides a basic understanding of the Rubik's cube and will set you up nicely for the rest of the video guides. This stuff is really important, so listen up and let's get started.



**Solving the White Cross**

In this video we teach you the first step – creating a white cross on the white face of the cube. Once you can do this, there's no stopping you, so pay attention.



**Solve the White Corners**

If you've made it this far, give yourself a pat on the back! This video teaches the next step – solving the white corners. There is a knack to it, but keep your cool - we take it one step at a time.



**Solving the Middle Layer**

Well done! You're halfway there. The next stage of the solution is solving the middle layer. Take a deep breathe, you're doing really well



**Solve the Top Face**

If you've made it this far, give yourself a pat on the back! This video teaches the next step – solving the white corners. There is a knack to it, but keep your cool - we take it one step at a time.



**Solving the final layer**

We've found a really simple way to teach the final solution stage. Take it as your own pace, there's no rush! You almost have superhero status...



**So what's next?**

It's a great achievement solving the Rubik's Cube, you nailed it! Everyone has different learning abilities, it's important to take it at your own speed. The more you solve the cube the more you will understand it, and the fast you will get!

Think you could be a pro? Why not sign up for the next Rubik's Cube Championship in your area?





**Written solution guides**

These written guides follow the exact same solution as the videos. You can view them online or download for future reference (to save, right click and click "save link as".

We often find that using the PDF and video guide together is a really helpful tip for those struggling to solve the Rubik's Cube.

EnglishGuide Download PDF (/uploads/general_content/Rubiks_cube_3x3_solution-en.pdf)DeutschGuide Download PDF (/uploads/general_content/Rubiks_cube_3x3_solution-de.pdf)PersianGuide Download PDF (/uploads/general_content/Persian_Rubiks_Cube_3x3_Solving_Guide.pdf)
SpanishGuide Download PDF (/uploads/general_content/Rubiks_Spanish.pdf)
FrancaisGuide Download PDF (/uploads/general_content/YCDTC_fr.pdf)PolskiGuide Download PDF (/uploads/general_content/Rubiks_cube_3x3_solution-pl.pdf)
SvenskaGuide Download PDF (/uploads/general_content/DuKanFixaKuben.pdf)

**Items from our shop**

So you can solve a 3x3? What about a 4x4 or even a 5x5? The possibilities are endless (and so are the algorithms!). Why not take your cubing abilities to the next level with a little something from the Rubik's cube range. They also make for great gifts



(/store/puzzles/rubiks-2x2)

**Rubik's 2x2**

$US7.99

More Info (/store/puzzles/rubiks-2x2)



(/store/puzzles/new-rubiks-3x3-cube)

**New Rubik's 3x3 Cube**

$US9.99

More Info (/store/puzzles/new-rubiks-3x3-cube)



(/store/puzzles/new-rubiks-4x4-cube)

**New Rubik's 4x4 Cube**

$US19.99

More Info (/store/puzzles/new-rubiks-4x4-cube)