# EXHIBIT E

2/2/2018 Amazon.com: KickFire Kube Speed Cube by KickFire Classics | Best 3x3 Rubix Cube Puzzle Brain Teasing Game | Features Rounded Corners f…

Case 1:18-cv-00963-JPO   Document 21-5   Filed 05/11/18   Page 2 of 10



Toys & Games › Puzzles › Brain Teasers › Maze & Sequential Puzzles



Roll over image to zoom in

Classics

ire Kube Speed Cube by
ire Classics | Best 3x3 Rubix
Puzzle Brain Teasing Game |
res Rounded Corners for Easy
ng & Smooth Play | Free
ng Guide | Beginners & Experts

6 customer reviews

tly unavailable.
know when or if this item will be back in stock.

UP SPEED: With slightly rounded corners & a
ed feel, you'll love spinning our speed cube
UP PRECISION: Anti-pop technology allows you
t & rotate your cube as fast as you want
OF THE KUBE: Sharpen cognitive skills & develop
deeper spatial awareness as you crack the cube
- DON'T GET BURNED OUT: Includes access to our free
  solver's guide, the KickFire Kube Hot Handbook
- CUSTOMERS SAY: "Perfect cube to work on solving
  faster and faster." "Feels great and spins great!"

Compare with similar items

**AGREATLIFE**
*Cubes are great gifts for men and women of all age*
› Shop now

The Cube: Turns Quicker and More Preci…

Ad feedback

### Share

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Add to List

Have one to sell?    Sell on Amazon




*Fun & useful emoji pencil erasers for kids*

**Emoji Pencil Erasers 120-Pack - Great as Classroom Prizes, Arts & Crafts, an...**
65
$17.73 ✓prime

Ad feedback

**Sponsored products related to this item** (What's this?)

Page 1 of 36

2/2/2018 Amazon.com: KickFire Kube Speed Cube by KickFire Classics | Best 3x3 Rubix Cube Puzzle Brain Teasing Game | Features Rounded Corners f…

Case 1:18-cv-00963-JPO   Document 21-5   Filed 05/11/18   Page 3 of 10

    

| The Cube: Turns Quicker and More Precisely Than Original; Super-durable With Vivid ... | 50% off Magic Speed Cube: The Best Brain Training Game - 3X3 Easy Turning and Smoot... | Speed Cube Set, Roxenda Magic Cube Set of 2x2x2 3x3x3 Pyramid Smooth Puzzle Cube | Speed Cube, Buself 3x3x3 Sticker Speed Cube Smooth Magic Cube Puzzle,Turns Quicker ... | Rubik's Cube |
|---|---|---|---|---|
| 3190 | 302 | 78 | 17 | 1506 |
| $12.59 | $8.95 | $15.99 | $7.98 | $6.89 |

Ad feedback

## Customers who bought this item also bought

  

| KickFire Classics Shuttlecock Paddle Board Game | Badminton with a Twist | Includes 2… | 6-Pack Popular Speed Cube Puzzle – Including 2x2x2 3x3x3 4x4x4 5x5x5 Speedcubing White… | Rubik's 2 x 2 Cube |
|---|---|---|
| 3 | 12 | 663 |
| $7.95 | $27.99 | $5.39 |

## Customers also shopped for

    

| D-FantiX Cyclone Boys 2x2 Speed Cube Stickerless Magic Cube Puzzles Toys 50mm | The Cuby - The Best Two-Layer Brain Teaser 2x2 Cube - Perfect Mind Teaser for Kids and Cube Puzzle… | 50% off Magic Speed Cube: The Best Brain Training Game - 3X3 Easy Turning and Smooth… | Twister.CK Magic Newest Ghost Speed Cube, 3x3 Abnormity Stickerless Intelligence Puzzles,… | K.W. 3x3 Speed Cube Puzzle | Anti-Stick Concave For Smooth Twisting | Educational Toy For… |
|---|---|---|---|---|
| 561 | 404 | 302 | 57 | 19 |
| $7.99 | $9.90 | $8.95 | $16.99 | $6.99 |



Bundle Pack Speed Cube Set of 3 Pyraminx Pyramid Speedcubing, Megaminx Cube, 3D GEAR MAGIC…
7
$21.99

## Special offers and product promotions

2/2/2018  Amazon.com: KickFire Kube Speed Cube by KickFire Classics | Best 3x3 Rubix Cube Puzzle Brain Teasing Game | Features Rounded Corners f…

Case 1:18-cv-00963-JPO    Document 21-5    Filed 05/11/18    Page 4 of 10

- Get a **$75.00 statement credit** after first Amazon.com purchase made with new Discover it® card within 3 months. Terms and conditions apply. See offer for details. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

**Product Description**







2/2/2018    Amazon.com: KickFire Kube Speed Cube by KickFire Classics | Best 3x3 Rubix Cube Puzzle Brain Teasing Game | Features Rounded Corners f...

Case 1:18-cv-00963-JPO    Document 21-5    Filed 05/11/18    Page 6 of 10

### Fire Up Some Classic Fun

Here at KickFire Classics, we are passionate about creating high-quality, classic toys that challenge children, teens, and adults of every age to set aside their electronic devices and engage in active play. We are champions of the effort to bring back the era where physical activities are the norm! KickFire Classics is also passionate about meeting your needs. If for any reason you are not happy with our products or services, let us know right away. We'll always take care of you!

Looking for some brain bending delight? Get ready to twist, spin, and rotate as fast as you can with the the Kube, KickFire Classics' Spicy Speed Cube! Engineered for speed, our speedy twist on the original Rubik's Cube features slightly rounded corners and a well-balanced feel. Worries about jamming or sticking are a thing of the past due to our anti-pop technology which allows you to solve the Kube faster and faster.

Whether you have an aging or developing mind or simply fidgety fingers, the Kube is perfect for sharpening cognitive skills, developing deeper spatial awareness, improving the memory of children, and occupying your hands to fill restless minutes. If you already have the patience of Job, the Kube may not intimidate you at all. For the rest of us, the thought of solving the Kube alone can freeze us in fear. Fortunately, you can solve it like it's hot with the KickFire Kube Hot Handbook: How to Solve the Spicy Speed Cube Super Fast. Keep at it and you may become the next King of the Kube!

And, if you are looking for a truly unique gift idea, the KickFire Kube is perfect for birthdays, holidays, congratulations, and "just because!" Your kids, grandkids, nieces, or nephews will be twisting and turning their way to some good, old fashioned fun for years to come!

Order your KickFire Classics Kube, and prepare to solve it like it's hot!

### Product information

| | |
|---|---|
| Product Dimensions | 2.4 x 2.3 x 2.3 inches |
| Item Weight | 3.2 ounces |
| Shipping Weight | 3.2 ounces |
| ASIN | B0747ZM32C |
| Manufacturer recommended age | 4 years and up |
| Best Sellers Rank | #376,112 in Toys & Games (See Top 100 in Toys & Games) #1,206 in Toys & Games > Puzzles > Brain Teasers > Maze & Sequential Puzzles #4,089 in Toys & Games > Preschool > Pre-Kindergarten Toys > Puzzles |
| Customer Reviews | 6 customer reviews 5.0 out of 5 stars |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

### Related Video Shorts


4:56
Ozobot Evo Robot Toy Review
Sponsored


0:40
KickFire Kube - The Spicy Speed Kube
gen.video

Mini Kube Keychain
1:52
gen.video

### Compare with similar items

   

2/2/2018   Amazon.com: KickFire Kube Speed Cube by KickFire Classics | Best 3x3 Rubix Cube Puzzle Brain Teasing Game | Features Rounded Corners f...

Case 1:18-cv-00963-JPO   Document 21-5   Filed 05/11/18   Page 7 of 10

|  | | Rubik's Cube<br>#1 Best Seller | Dreampark 3x3x3 Speed Cube Carbon Fiber Sticker Smooth Magic Cube Puzzles | ShengShou Megaminx Speed Cube Puzzle, Black |
|---|---|---|---|---|
|  | This item KickFire Kube Speed Cube by KickFire Classics | Best 3x3 Rubix Cube Puzzle Brain Teasing Game | Features Rounded Corners for Easy Turning & Smooth Play | Free Solving Guide | Beginners & Experts | | | |
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (6) | (848) | (320) | (652) |
| **Price** | Unavailable | $8.69 | $9.99 | $9.89 |
| **Shipping** | — | FREE Shipping | FREE Shipping | FREE Shipping |
| **Sold By** | — | Amazon.com | Dreampark | Naviman |
| **Color** | — | Multicolor | Black, Black | Black |
| **Item Dimensions** | 2.28 x 2.4 x 2.28 in | 6.5 x 9.15 x 3.5 in | 2.2 x 2.2 x 2.2 in | 3 x 3 x 3 in |
| **Number of Pieces** | 1 | 1 | 27 | 1 |

## Sponsored products related to this item (What's this?)



D-FantiX Cyclone Boys 2x2 Speed Cube Stickerless Magic Cube Puzzles Toys 50mm
561
$7.99



The Cuby - The Best Two-Layer Brain Teaser 2x2 Cube - Perfect Mind Teaser for Kids ...
404
$9.90



Rubik's Cube
1506
$6.89

D-FantiX Qiyi Pyramid Cube, 3x3 Pyramid Speed Cube Triangle Cube Puzzle Black
9
$10.99



Speed Cube Set, Roxenda Magic Cube Set of 2x2x2 3x3x3 Pyramid Smooth Puzzle Cube
78
$15.99

Ad feedback



marketplace

## "We've been able to hire dozens of people from the local community."

**Blake Shook**
**Desert Creek Honey**

Start selling ▶

Ad feedback

## Customer Questions & Answers

See questions and answers

2/2/2018  Amazon.com: KickFire Kube Speed Cube by KickFire Classics | Best 3x3 Rubix Cube Puzzle Brain Teasing Game | Features Rounded Corners f…

Case 1:18-cv-00963-JPO   Document 21-5   Filed 05/11/18   Page 8 of 10

## Customer reviews

6

5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers

Write a customer review

See all 6 customer reviews



D-FantiX YJ Guanlong Speed Cube 3x3 Smoo…
163
$6.99   Shop Now

Ad feedback

## Top customer reviews

Dana

**Addicted to this Speed Cube!**

August 23, 2017
Verified Purchase

My husband is so addicted to speed cubes that he wears them out on a regular basis. He says he loves this KickFire Kube because the mechanism is really smooth, which makes his spins nice and easy. I like the Kube because the colors are bright and the curved corners make it easy to handle. Now my husband has taken the Kube to work so he can use it to destress. Guess I'll need to buy one for myself now!

Comment   Was this review helpful to you?  Yes  No  Report abuse

**Search customer reviews**

[                    ] Search

Felicia

**My 9 year old son loves it...**

January 6, 2018
Verified Purchase

My son tried the original rubixs cube and just got very frustrated and disappointed at the complexity...so he seen this one. And the corners turning makes this rubix cube still difficult bt not as difficult as the original...he still can't complete this one but is at least able to get a few sides right away making this alot more fun for him

Comment   Was this review helpful to you?  Yes  No  Report abuse

luvmykindle

**Five Stars**

January 17, 2018
Verified Purchase

Always a fun toy to have. Love how smooth this moves.

Comment   Was this review helpful to you?  Yes  No  Report abuse

Charity

**Better than the original**

July 25, 2017

Way more smooth than the old cubes I used to play with. This is a great updated version of an old classic. I didn't think it would matter but, the rounded corners are a nice touch. The kids love it and play with it all the time. I should have bought one for each kid!

Comment   One person found this helpful. Was this review helpful to you?  Yes  No  Report abuse

michellE

**Awesome kube**

September 30, 2017
**Verified Purchase**

My daughter for really interested in Rubik Cubes but had never had one of her own. This is a fun one to start learning on.

Comment    Was this review helpful to you?    Yes    No    Report abuse

Ramon Aparicio

**Amazing Cube**

October 4, 2017
**Verified Purchase**

This cube is perfect. Easy to turn and adjust when needed and very durable.

Comment    Was this review helpful to you?    Yes    No    Report abuse

See all 6 reviews

Write a customer review

## What other items do customers buy after viewing this item?


D-FantiX Cyclone Boys 3x3 Speed Cube Stickerless Magic Cube 3x3x3 Puzzles Toys (56mm)
1,039
$7.99


The Cube: Turns Quicker and More Precisely Than Original; Super-durable With Vivid Colors; Best-selling 3x3 Cube; Easy…
3,193
$12.59


Rubik's Cube
848
$8.69


Rubik's 2 x 2 Cube
663
$5.39



Ad feedback

**Pages with related products.** See and discover other items: void cube, rubik's twist, rubik's cube., rubiks cube 2x2

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |

2/2/2018  Amazon.com: KickFire Kube Speed Cube by KickFire Classics | Best 3x3 Rubix Cube Puzzle Brain Teasing Game | Features Rounded Corners f…

Case 1:18-cv-00963-JPO   Document 21-5   Filed 05/11/18   Page 10 of 10

| | | |
|---|---|---|
| Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| Become an Amazon Vendor | | Help |
| › See all | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whole Foods Market<br>America's Healthiest<br>Grocery Store |
| | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates