# EXHIBIT F



### Have a question?

Find answers in product info, Q&As, reviews

### Product description

Color:**3*3**

Tension adjustable, difficult to pop, good control of the cube New product of series product on

### Product information

Color:**3*3**

#### Technical Details

| | |
|---|---|
| Item Weight | 4 ounces |
| Package Dimensions | 15 x 3.3 x 3.3 inches |

#### Additional Information

| | |
|---|---|
| ASIN | B06XHV18RF |
| Customer Reviews | Be the first to review this item<br>0.0 out of 5 stars |
| Best Sellers Rank | #8,629,084 in Home & Kitchen (See top 100)<br>#8,084 in Toys & Games > Puzzles > 3-D Puzzles<br>#20,697 in Toys & Games > Puzzles > Brain Teasers |
| Shipping Weight | 4 ounces (View shipping rates and policies) |
| Date First Available | March 10, 2017 |

#### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

### Sponsored products related to this item (What's this?)


D-FantiX Qiyi Pyramid Cube, 3x3 Pyramid Speed Cube Triangle Cube Puzzle Black
9
$10.99


D-FantiX Cyclone Boys 2x2 Speed Cube Stickerless Magic Cube Puzzles Toys 50mm
561
$7.99


Rubik's Cube
1506
$6.89


D-FantiX Cyclone Boys 4x4 Speed Cube Stickerless Enhanced Version Smooth Magic Cube...
133
$9.99

50% off Magic Speed Cube: The Best Brain Training Game - 3X3 Easy Turning and Smoot...
302
$8.95


Speed Cube 3x3x3 New Anti-pop Stru Smooth Magic Cut (sticker)
109
$8.98

Ad feedback


Back to Business
amazonbasics
Shop now ›

Ad feedback

### Customer Questions & Answers

See questions and answers

## Customer reviews

There are no customer reviews yet.

| | | |
|---|---|---|
| 5 star | 0% | Share your thoughts with other customers |
| 4 star | 0% | |
| 3 star | 0% | Write a customer review |
| 2 star | 0% | |
| 1 star | 0% | |



Ad feedback



"We've been able to hire dozens of people from the local community."

Start selling ▸

Ad feedback

**Pages with related products.** See and discover other items: desk robot, robot cube, void cube

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |

| | | | | | | |
|---|---|---|---|---|---|---|
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whole Foods Market<br>America's Healthiest<br>Grocery Store |
| | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates