# EXHIBIT G



## Customers who bought this item also bought


ShengShou 2x2x2 Puzzle Cube, Black
466
$4.69


Shengshou ® 4x4x4 Puzzle Cube Black
572
$6.69


Shengshou 2x2x2 Puzzle Cube, Colors may vary
145
$4.15


ShengShou 5x5 Speed Cube
482
$7.84


Speed Cube 3x3x3 ,Magic Cube Puzzles Toys 3x3x3 ,57mm The Best Brain Training Game
21
$7.99


Rubik's 2X2 Cube
18
$9.99

## Sponsored products related to this item (What's this?)


Speed Cube Set, Roxenda Magic Cube Set of 2x2x2 3x3x3 Pyramid Smooth Puzzle Cube
78
$15.99


Rubik's Cube
1506
$6.89


The Cube: Turns Quicker and More Precisely Than Original; Super-durable With Vivid ...
3190
$12.59


50% off Magic Speed Cube: The Best Brain Training Game - 3X3 Easy Turning and Smoot...
302
$8.95


K.W. 3x3 Speed Cube Puzzle | Anti-Stick Concave For Smooth Twisting | Educational T...
19
$6.99

Ad feedback

## Special offers and product promotions

Size: 1 Pack

- **Your cost could be $0.00 instead of $1.99**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

> **WARNING:**
> **CHOKING HAZARD** -- Small parts. Not for children under 3 yrs.

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

Size: **1 Pack**

One of the best speeding puzzle cube, turns smooth and fast, great corner cutting, packed in window box.

## Product information

Size:**1 Pack**

| | |
|---|---|
| Product Dimensions | 2.2 x 2.2 x 2.2 inches |
| Item Weight | 3.2 ounces |
| Shipping Weight | 3.36 ounces (View shipping rates and policies) |
| Department | womens |
| Manufacturer | Dayan Cube |
| ASIN | B004UTTXJG |
| Domestic Shipping | Item can be shipped within U.S. |
| International Shipping | This item is not eligible for international shipping. Learn More |
| Item model number | SS331 |
| Customer Reviews | 920 customer reviews<br>3.2 out of 5 stars |
| Best Sellers Rank | #1,775 in Toys & Games (See Top 100 in Toys & Games)<br>#24 in Toys & Games > Puzzles > Brain Teasers<br>#33 in Toys & Games > Preschool > Pre-Kindergarten Toys > Puzzles |
| Date first available at Amazon.com | April 2, 2011 |

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Related Video Shorts


0:31
**Customer Review:**Scam
Amazon Customer Videos


0:53
**Customer Review:** Great starter cube.
Amazon Customer Videos


2:15
**Customer Review:** Warning! Rip off Vendor!
Amazon Customer Videos


1:42
How to Solve a Rubik's Cube
Howcast

## Sponsored products related to this item (What's this?)


Rubik's Cube
1506
$6.89


Speed Cube, Buself 3x3x3 Sticker Speed Cube Smooth Magic Cube Puzzle,Turns Quicker ...
17
$7.98


The Cube: Turns Quicker and More Precisely Than Original; Super-durable With Vivid ...
3190
$12.59


D-FantiX Cyclone Boys 3x3 Speed Cube Stickerless Magic Cube 3x3x3 Puzzles Toys (56mm)
1035
$7.99


50% off Magic Speed Cube: The Best Brain Training Game - 3X3 Easy Turning and Smoot...
302
$8.95

Ad feedback



Ad feedback

**Customer Questions & Answers**

See questions and answers

## Customer reviews

**920**

3.2 out of 5 stars

| | |
|---|---|
| 5 star | 46% |
| 4 star | 13% |
| 3 star | 9% |
| 2 star | 7% |
| 1 star | 25% |

Share your thoughts with other customers

Write a customer review

See all 920 customer reviews

### Read reviews that mention

stickers  apart  smooth  cubes  rubik  pieces

solve  speed  fell  turns  broke  dropped  waste

fall  move  pay  rubiks  smoothly  turning  rubix

### Top customer reviews

 Amazon Customer

**Cheap and good cube**

November 24, 2016

Size: 1 Pack   Verified Purchase

I like cube, and this one is OK at this low price, but the tolerance of rotation is not so good because of the interior mechanism and spring, you can feel some resistence when you play with it. But it's OK.

Comment    2 people found this helpful. Was this review helpful to you?  Yes    No    Report abuse



Ad feedback

### Customer images



See all customer images

### Most recent customer reviews

 Amazon Customer

**Waste of time and money**

This cube sucks. It is not like the one in the pictures at all. I can barely move the cube let alone use it as a speed cube. Read more

Published 20 hours ago

### dani

**Garbage**

August 28, 2017
Size: 1 Pack    Verified Purchase

Don't waste your money. Item not as pictured. Stickers we're falling off of it when it came in the mail, and two of the pieces of the cube fell right off of it on the first day.

Comment    Was this review helpful to you?    Yes    No    Report abuse

### Nursing101

**The color pieces on the sides unclip from the product ...**

July 17, 2017
Size: 1 Pack    Verified Purchase

The color pieces on the sides unclip from the product. Very cheaply made. My son dropped it and it broke in a million pieces

Comment    Was this review helpful to you?    Yes    No    Report abuse

### Sam P.

**Terrible, No Good, Very Bad Cube**

August 29, 2015
Size: 1 Pack    Verified Purchase

I received this 3x3 and immediately noticed the colors were not the same as the Rubik's brand. Not the worst thing ever, but not good for anyone who is used to the Rubik's color orientation. I tried to look past that, and was excited to try the cube out, but it was extremely difficult to turn! I grabbed my lubricant and turned the cube appropriately to open it up and the piece snapped at the base before I could open it. Broken.

Not only that, but I did not receive the cube which is displayed in the picture. The cube I received has very harsh edges and corers, unlike the nicely rounded, correctly colored cube in the main picture.

Terribly disappointing after waiting a full month to receive the cube.

Will not be purchasing again.

Comment    6 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

### JG

**DO NOT BUY, SAVE YOURSELF THE PAIN**

July 2, 2017
Size: 1 Pack    Verified Purchase

This is the worst thing you can possibly buy. It only twists one way and when I tried to twist it the other way the whole thing broke into pieces. It is hollow plastic and is VERY VERY cheap. Not even worth the little amount of money i spent. Never worked correctly

Comment    Was this review helpful to you?    Yes    No    Report abuse

### Gadget Dude

**Dont drop it.**

August 26, 2017
Size: 1 Pack    Verified Purchase

Smooth turning and a lot of fun. The pieces will come off when you drop it. Also the stickers are coming off. Overall my son has enjoyed it

Comment    Was this review helpful to you?    Yes    No    Report abuse

### Sabrina Penelope

**Junk**

December 28, 2016
Size: 1 Pack    Verified Purchase

It didn't even last 2 days. It fell onto a carpeted floor, and the faces of about 6 individual cubes just fell out. Completely hollow and not put together well. If you buy this, I hope you are able to solve the puzzle right away because you won't have it long.

### Wolf

**Four Stars**

Solved it!
Published 1 day ago

### dominique a fontenille

**Two Stars**

came so late and not that well made
Published 5 days ago

### Amazon Customer

**Cool**

Love it!!!
Published 5 days ago

### Brittney Knautz

**DO NOT PURCHASE THIS JUNK BROKE IN 24 HOURS AND SELLER DOESNT ACCEPT RETURNS**

DO NOT PURCHASE THIS ITEM!!!!! THEY DO NOT ACCEOT RETURNS PROBABLY BECAUSE THEY KNOW THEY ARE SELLING JUNK! IT BROKE IN LESS THAN 24 HOURS!!!! HORRIBLE PRODUCT
Published 6 days ago

### SkMárcio

**Four Stars**

small
Published 7 days ago

### Kateyn Doza

**Five Stars**

Overall happy with it. My 6 yr old think it's great.
Published 7 days ago

### Amazon Customer

**One Star**

The colors are falling apart
Published 10 days ago

### Heather

**Horrible quality. We ordered 2**

Horrible quality. We ordered 2. Within hours of playing they both fell apart. Almost 20.00 to ship and they are already in the garbage. Beware!
Published 11 days ago

### Johnathan

**Scam**

Worst cube ever i want a refund its not worth 3 dollars i cany corner cut at all way way way to tight it was dented when i got it the stickers were falling off looks nothing like... Read more

Customer Video Review

Published 13 days ago

**Search customer reviews**

[            ]    Search

Comment abuse   One person found this helpful. Was this review helpful to you? | Yes | | No | Report


paoni

**Bought this for my 6 year old.**
January 9, 2018
Size: 1 Pack   Verified Purchase

Bought this for my 6 year old. It's well made and he enjoys playing with it but I'm not sure he'll ever solve it

Comment   Was this review helpful to you? | Yes | | No |   Report abuse

See all 920 reviews

Write a customer review

## Set up an Amazon Giveaway

Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** ShengShou 3x3x3 Puzzle Cube, Black

Set up a giveaway

### Customers who viewed this item also viewed



Rubik's Cube
848
#1 Best Seller in Maze & Sequential Puzzles
$8.69

Rubik's Cube
1,512
$6.89

Suvevic Speed Cube, Sticker Smooth Magic Puzzle, Enhanced Version
259
#1 Best Seller in 3-D Puzzles
$6.99

Speed Cube 3x3, Seprovider Anti-pop Smooth Magic Cube Puzzle Toy Bright Color 57mm
23
$6.99

ShengShou 2Pcs 3x3x3 Puzzle Cube, 2 Pcs ( one Black and one White )
6
$6.99

Shenshou 24 Sections Snake Magic Ruler Puzzle Twist 3D Jigsaw Magic Cube Intelligence...
3
$5.35

mountain falls — Experience the freshness — shop now
Ad feedback

**Pages with related products.** See and discover other items: magic colors, magic cubes, 3x3 rubiks cube, a rubiks cube, brain cube, 2 year olds

Back to top

### Get to Know Us
- Careers
- About Amazon
- Investor Relations
- Amazon Devices

### Make Money with Us
- Sell on Amazon
- Sell Your Services on Amazon
- Sell on Amazon Business
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Vendor
- › See all

### Amazon Payment Products
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

### Let Us Help You
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whole Foods Market<br>America's Healthiest<br>Grocery Store |
| | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates