# EXHIBIT H



### Frequently bought together



Total price: $19.27

[Add all three to Cart]
[Add all three to List]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Speed Cube 3x3, Seprovider Anti-pop Smooth Magic Cube Puzzle Toy Bright Color 57mm $6.99
☑ Rubik's 2 x 2 Cube $5.39  Add-on Item
☑ Rubik's Cube $6.89  Add-on Item

### Sponsored products related to this item (What's this?)

    

| Speed Cube 3x3x3, Magic Cube Puzzles Toys 3x3x3, 57mm The Best Brain Training Game | Speed Cube Set, Roxenda Magic Cube Set of 2x2x2 3x3x3 Pyramid Smooth Puzzle Cube | 50% off Magic Speed Cube: The Best Brain Training Game - 3X3 Easy Turning and Smoot... | Rubik's Cube | Speed Cube Puzzle 3x3, Anti-pop Magic Cube with Vivid Colors, Super-durable Structu... | D-FantiX YJ Guanl Speed Cube 3x3 Sr Magic Cube Puzzle mm Black |
|---|---|---|---|---|---|
| 21 | 78 | 302 | 1506 | 20 | 163 |
| $7.99 | $15.99 | $8.95 | $6.89 | $5.99 | $6.99 |

Ad feedback

### Customers who bought this item also bought

    

| How to Solve a Rubik's Cube: The Easy Solution to The Rubik's Cube, A... › Chad Bomberger | Rubik's 2 x 2 Cube | Speed Cube 3x3x3, Magic Cube Puzzles Toys 3x3x3, 57mm The Best Brain Training Game | ShengShou Megaminx Speed Cube Puzzle, Black | ShengShou 3x3x3 Puzzle Cube, Black |
|---|---|---|---|---|
| 37 | 663 | 21 | 652 | 920 |
| Paperback $7.95 | $5.39 | $7.99 | $9.89 | $1.99 |



Dreampark 3x3x3 Speed Cube Carbon Fiber Sticker Smooth Magic Cube Puzzles
320
$9.99

### Special offers and product promotions

- **Your cost could be $0.00 instead of $6.99**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

> **WARNING:**
> **CHOKING HAZARD** -- Small parts. Not for children under 3 yrs.

### Have a question?

Find answers in product info, Q&As, reviews

**Product Description**

**The cube is an imitation of life itself - or even an improvement on life!**



**WHY DO WE RECOMMEND OUR SEPROVIDER SPEED CUBE TO YOU?**

- It's well-known that cube has been extremely popular among the elder and young. It can not only help the old prevent brain degeneration, but also highly enhance the development of little kids. So here we're pleased to recommend this 3-layer Fancy Square Magic Cube Puzzle Toy to all of you.

- Made of durable and good ABS plastic, our SEPROVIDER magic cube boasts excellent hand feel, smooth performance and light weight. A perfect combination of entertainment and intelligence development for all cube beginners and masters!

**Bright Colors and Durable Stickers**



-★- 6 vibrant colors are on this cube, such as bright yellow, orange and green, primary red, royal blue and white.

-★- Each side is very distinct and easy to tell the difference of.

-★- No fading or peeling in a long time of playing with it.



**Decent Quality**

-★- Adopting reliable plastic, it is non-toxic and lightweight.

-★- It can change various appearances with vivid mobility nodes.

-★- The interface is smooth and each corner has a chamfer.

-★- Good abrasion resistance and texture in hand.

-★- Strong prevention against pop, function like the light breeze.

-★- Small dynamic and static friction coefficient ensures safe and smooth rotation.





**Benefits of Cubing**

- It is a traditional educational toy for both kids and adults.
- For kids, it can develop their brain and logic thinking ability.
- For adults, it can release their pressure after work.
- It also helps to keep mind sharp in old.

**Happy Cubing Everyone!**

**Specification**

▲ Material: ABS Plastic
▲ Level: 3 x 3 x 3
▲ Size: 5.7cm x 5.7cm x 5.7cm
▲ Package Includes:
▲ 1 x Seprovider 3x3 Cube
▲ 1 x Cube Tutorial

● Endless Joy ●

★ The Seprovider Cube is popular in many doctor's offices, schools, waiting rooms, and even homes.

★ It is the center of attention and a place where children of all ages congregate to play. An attractive piece of furniture and wonderful play center all in one... to keep kids of all ages entertained for hours.

## Compare with similar items



| | This item Speed Cube 3x3, Seprovider Anti-pop Smooth Magic Cube Puzzle Toy Bright Color 57mm | Rubik's Cube #1 Best Seller | Dreampark 3x3x3 Speed Cube Carbon Fiber Sticker Smooth Magic Cube Puzzles | D-FantiX YJ Guanlong Speed Cube 3x3 Smooth Magic Cube Puzzles 56 mm Black |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (23) | (848) | (320) | (163) |
| **Price** | $6.99 | $8.69 | $9.99 | $6.99 |
| **Shipping** | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| **Sold By** | Seprovider | Amazon.com | Dreampark | D-FantiX |
| **Color** | Stickers | Multicolor | Black, Black | Black |
| **Item Dimensions** | — | 6.5 x 9.15 x 3.5 in | 2.2 x 2.2 x 2.2 in | 2.2 x 2.2 x 2.2 in |
| **Number of Pieces** | 27 | 1 | 27 | 1 |

### Product information

**Technical Details**

| Part Number | SEP-US-16 |
|---|---|
| Item Weight | 4 ounces |

**Additional Information**

| ASIN | B071DXF42X |
|---|---|
| Customer Reviews | |

| Package Dimensions | 3.4 x 2.5 x 2.4 inches |
|---|---|
| Color | Stickers |
| Item Package Quantity | 1 |
| Number Of Pieces | 27 |
| Batteries Included? | No |
| Batteries Required? | No |

| | |
|---|---|
| | 23 customer reviews<br>3.5 out of 5 stars |
| Best Sellers Rank | #4,636 in Tools & Home Improvement (See top 100)<br>#26 in Toys & Games > Puzzles > Brain Teasers > Maze & Sequential Puzzles |
| Shipping Weight | 4 ounces (View shipping rates and policies) |
| Date First Available | May 5, 2017 |

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

### Sponsored products related to this item (What's this?)


Rubik's Cube
1506
$6.89


The Cube: Turns Quicker and More Precisely Than Original; Super-durable With Vivid ...
3190
$12.59


Speed Cube 3x3x3 with New Anti-pop Structure Smooth Magic Cube (sticker)
109
$8.98


Twister.CK 3x3 Speed Cube Magic Cube Brain Teaser Puzzles with Carbon Fiber Sticker...
29
$9.99




D-FantiX Cyclone Boys 2x2 Speed Cube Stickerless Magic Cube Puzzles Toys 50mm
561
$7.99


D-FantiX Cyclone I Speed Cube Sticke Magic Cube 3x3x3 Toys (56mm)
103
$7.99

Ad feedback



Ad feedback

### Customer Questions & Answers

See questions and answers

### Customer reviews

23

**3.5 out of 5 stars**

| | |
|---|---|
| 5 star | 57% |
| 4 star | 4% |
| 3 star | 13% |
| 2 star | 9% |
| 1 star | 17% |

Share your thoughts with other customers

Write a customer review

See all 23 customer reviews

## Top customer reviews

A Standard above the rest

**Three Stars**
December 31, 2017
Verified Purchase
a cheaper version of an old-time Rubiks cube. It for a 3yo so it fine

Comment    Was this review helpful to you?   Yes   No   Report abuse

LLSimon

**Five Stars**
January 30, 2018
Verified Purchase
My little one just love this.

Comment    Was this review helpful to you?   Yes   No   Report abuse

Amazon Customer

**Two Stars**
December 11, 2017
Verified Purchase
These were a smaller version then I remember them being, besides that they are ok 🪲

Comment    Was this review helpful to you?   Yes   No   Report abuse

Mandy

**Love it!**
November 9, 2017
Verified Purchase
The item is smooth and does not break easily after dropping it a thousand time. I totally recommend you to buy this item.

Comment    Was this review helpful to you?   Yes   No   Report abuse

Amy Roberts

**Five Stars**
November 27, 2017
Verified Purchase
extremely smooth twisting!

Comment    Was this review helpful to you?   Yes   No   Report abuse

Nathan

**Smooth**
January 23, 2018
Verified Purchase
Very smooth.

Comment    Was this review helpful to you?   Yes   No   Report abuse

Amazon Customer

**Five Stars**
November 4, 2017
Verified Purchase
Easy to play with

Comment    Was this review helpful to you?   Yes   No   Report abuse

Joe D. Green

### Customer images

See all customer images

### Most recent customer reviews

Amazon Customer

**Shipping took too long and I'm a prime member in ...**
Shipping took too long and I'm a prime member in addition the colors are stuck on there not original cube 😕
Published 2 months ago

Ashli Smith

**Five Stars**
I like it!
Published 2 months ago

Lee beom seok

**Great cube**
Smooth moving and priced well.Highly recommended.
Published 2 months ago

Natha

**Muy buen producto Very good produt**
Love
Muy buen producto
Very good produt
Love it
Published 3 months ago

The Mate

**Hard to solve**
I guess if you can solve them they get more stars. It seems to be easy to turn but hard to solve.
Published 3 months ago

Elizabeth Bost Simpson

**Very nice**
This cube is great and works really well.
Published 3 months ago

Search customer reviews

[    ] Search

**This cube just seems worse than others I tried for the same price**
September 14, 2017
**Verified Purchase**

I use my cubes and teach people to complete Rubik's Cubes. When they can do It successfully without aid, I buy them their own cube as a present for ~$6. I buy different cubes and test them out in that price range before giving them away as a present. This cube just seems worse than others I tried for the same price. If you are able to get the Suvevic 3x3x3 Sticker Speed Cube Smooth Magic Cube Puzzle Enhanced Version for the same price as this, I would get that instead. This cube kinda feels like It's pre-lubricated with sand and it sounds like it also.

Comment    One person found this helpful. Was this review helpful to you?    Yes    No    Report abuse

See all 23 reviews

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Speed Cube 3x3, Seprovider Anti-pop Smooth Magic Cube Puzzle Toy Bright Color 57mm

Set up a giveaway

## Customers who viewed this item also viewed



Rubik's Cube
848
#1 Best Seller in Maze & Sequential Puzzles
$8.69



Suvevic Speed Cube, Sticker Smooth Magic Puzzle, Enhanced Version
259
#1 Best Seller in 3-D Puzzles
$6.99



Rubik's Cube
1,512
$6.89



ShengShou 3x3x3 Puzzle Cube, Black
920
$1.99



Speed Cube 3x3x3 ,Magic Cube Puzzles Toys 3x3x3 ,57mm The Best Brain Training Game
21
$7.99



Speed Cube - the Amazing Smart Cube [IQ Tester] 3x3 - Anti Stress for Anti-anxiety Adults Kids...
892
#1 Best Seller in Sudoku Puzzles
$7.99



Watch what you love — Originals and exclusives are waiting for you. Try Prime now. prime. Ad feedback

**Pages with related products.** See and discover other items: puzzles for kids rooms, rubik's cube.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whole Foods Market<br>America's Healthiest<br>Grocery Store |
| | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates