# BARTON

Maurice N. Ross
Direct Dial: (212) 885-8845
mross@bartonesq.com

ATTORNEYS AT LAW

Graybar Building
420 Lexington Avenue
New York, NY 10170

(212) 687.6262  Office
(212) 687.3667  Fax

bartonesq.com

September 6, 2018

**VIA ECF**

Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square, Room 2101
New York, New York 10007

  Re:  *Cubicle Enterprises LLC, d/b/a TheCubicle, v. Rubik's Brand Limited*, Case No. 1:18-cv-00963 (JPO)

Dear Judge Oetken:

  We represent plaintiff/counterclaim defendant Cubicle Enterprises LLC, d/b/a TheCubicle, and counterclaim defendant Phillip Yu in the above-referenced matter. We write respectfully to inform the Court that the parties have settled this matter in accordance with the enclosed courtesy copy of the Stipulation of Dismissal. Pursuant to the Court's Individual Practices in Civil Cases, we have submitted the Stipulation of Dismissal to the Orders Clerk.

  We thank the Court for its time and attention to this matter.

               Respectfully submitted,

               Maurice N. Ross

Encl.

cc:  James J. McGuire, Esq. (by hand)
   Michael C. Ward, Esq, (by hand)
   Mark I. Peroff, Esq. (by email)
   Darren W. Saunders, Esq. (by email)
   Cassandra M. Tam, Esq. (by email)