UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUBICLE ENTERPRISES LLC, d/b/a TheCubicle,<br><br>    Plaintiff,<br><br> -against-<br><br>RUBIK'S BRAND LIMITED,<br><br>    Defendant. | Case No. 18-CV-0963 (JPO) |
| RUBIK'S BRAND LIMITED,<br><br>    Counterclaim Plaintiff,<br><br> -against-<br><br>CUBICLE ENTERPRISES LLC, d/b/a TheCubicle, and PHILLIP YU,<br><br>    Counterclaim Defendants. | **JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

IT IS HEREBY STIPULATED AND AGREED, by, between, and among plaintiff/counterclaim defendant Cubicle Enterprises LLC, d/b/a TheCubicle, counterclaim defendant Phillip Yu, and defendant/counterclaim plaintiff Rubik's Brand Limited (collectively, the "Parties"), that a consensual settlement having been reached as to the above-captioned matter, the Parties hereby dismiss without prejudice all Claims and Counterclaims brought therein, with each side bearing its own costs and attorneys' fees.

*[Remainder of page intentionally left blank, signatures appear on the following page]*

Dated: New York, New York
       September 4, 2018

BARTON LLP

By: _____
    Maurice N. Ross
    James J. McGuire
    Michael C. Ward

420 Lexington Avenue, 18th Floor
New York, New York 10170
(212) 687-6262
mross@bartonesq.com
jmcguire@bartonesq.com
mward@bartonesq.com

*Attorneys for Plaintiff/Counterclaim Defendant Cubicle Enterprises LLC, d/b/a TheCubicle, and Counterclaim Defendant Phillip Yu*

PEROFF SAUNDERS, P.C.

By: _____
    Mark I. Peroff
    Darren W. Saunders
    Cassandra M. Tam

745 Fifth Avenue, Suite 500
New York, New York 10161
(646) 553-4535
mark.peroff@peroffsaunders.com
dsaunders@peroffsaunders.com
ctam@peroffsaunders.com

*Attorneys for Defendant/Counterclaim Plaintiff Rubik's Brand Limited*